IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.

MICHAEL B. WEIN

    Plaintiff,

v.

CHELSEA COBURN, ADAM BAKER, C. TAYLOR CHALMERS, 88 LOWER HURRICANE ROAD, LLC

    Defendants.

## NOTICE OF REMOVAL

Chelsea Coburn and Adam Baker, and C. Taylor Chalmers (the "**Petitioning Partners**") file this Notice of Removal of the state court action styled *Michael B. Wein v. Cheslea Coburn, Adam Baker, C. Taylor Chalmers, and 88 Lower Hurricane Road, LLC*, Case No. 2024 CV 30032 in the District Court in Pitkin County, Colorado (the "**State Court Action**").

1. This Notice of Removal is filed pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334. The Petitioning Partners reserve the right to seek the transfer of venue to the Southern District of Texas in which the bankruptcy entitled *In re Coburn, Baker, Chalmers & Wein*, Case No. 25-33849 (EVR) (Bankr. S.D. Tex.) (the "**Bankruptcy Case**") is pending.

2. Bankruptcy Rule 9027(a)(2)(A) provides that the time for removal of a civil action pending when the bankruptcy was filed is 90 days after entry of the order for relief. The order for relief in the Bankruptcy Case was entered on September 15, 2025, making today's filing timely. *See also* Bankruptcy Rule 9006.

3. Michael Wein has asserted causes of action against (i) the Petitioning Partners and 88 Lower Hurricane Road, LLC for declaratory judgment pursuant to C.R.S. § 13-51-106 and C.R.C.P. 57 regarding a right of first refusal over the Property (defined below); (ii) against Coburn and Baker for breach of fiduciary duty; and (iii) against the Petitioning Partners for breach of contract.

4. The Petitioning Partners have asserted causes of action against Wein for (i) declaratory judgment pursuant to C.R.S. § 13-51-106; (ii) slander of title; (iii) breach of contract; (iv) tortious interference with contract as to Noah Wright; (v) tortious interference with contract as to 88 Lower Hurricane Road LLC; and (vi) equitable reformation.

5. 88 Lower Hurricane Road, LLC (the "*Purchaser*") has asserted causes of action against (i) Coburn and Baker for specific performance; (ii) Coburn and Baker for breach of contract; (iii) the Petitioning Partners and Wein for declaratory judgment; and (iv) Wein for intentional interference with a contract.

6. The property located at 88 Lower Hurricane Road, Aspen, Colorado 81611 (the "*Property*"), which is at the center of the disputes in the State Court Action, is subject to a pending sale motion in the Bankruptcy Case. The proposed sale includes the adjudication of Wein's alleged right of first refusal and the settlement of claims asserted by the Purchaser against the Petitioning Partners. The Petitioning Partners intend to file a chapter 11 plan in the Bankruptcy Case that addresses remaining issues in the State Court Action.

7. This is a core proceeding pursuant to 11 U.S.C. § 157(b)(2)(A), and (O). The Petitioning Partners do not consent to the entry of final orders or judgment by the bankruptcy

judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgment consistent with Article III of the United States Constitution.

8. All pleadings, process, orders, and other filings in the State Court Action that are required to be filed pursuant to D.C.COLO.LCivR 81.1 shall be filed in accordance with such rule.

9. In accordance with Bankruptcy Rule 9027(c), the Defendant will promptly file a notice of the filing of this Notice of Removal in the State Court Action.

10. The names and addresses of the parties and counsel in the State Court Action are as follows:

| Attorneys for Plaintiff<br>Michael B. Wein | Michelle K. Schindler<br>Ferguson Schindler Law Firm, P.C.<br>119 S. Spring Street, Suite 201<br>Aspen, Colorado 81611<br>Phone: (970) 925-6288<br>michelle@fsaspenlaw.com |
|---|---|
| Attorneys for Petitioning Partners (Defendants)<br>Chelsea Coburn<br>Adam Baker<br>C. Taylor Chalmers | Laura A. Menninger, No 34444<br>Haddon, Morgan, and Foreman, P.C.<br>945 N. Pennsylvania Street<br>Denver, CO 80203-3118<br>Phone: 303.831.7364<br>Fax: 303.832.2628<br>lmenninger@hmflaw.com<br><br>Joshua W. Wolfshohl<br>Michael B. Dearman<br>Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>Phone: (713) 226-6000<br>Fax: (713) 228-1331<br>jwolfshohl@porterhedges.com<br>mdearman@porterhedges.com |

| | |
|---|---|
| Attorney for 88 Lower Hurricane Road, LLC<br>(Defendant) | Lucas F. Van Arsdale<br>Quentin Morse<br>JVAM PLLC<br>0197 Prospector Rd., Ste 2103<br>Aspen, CO 81611<br>Phone: (970) 922-2122<br>lucas@jvamlaw.com<br>quentin@jvamlaw.com |

Dated: December 15, 2025

Respectfully submitted,

s/ *Laura A. Menninger*
Laura A. Menninger, No. 34444
HADDON, MORGAN AND FOREMAN, P.C.
945 N. Pennsylvania Street
Denver, CO 80203-3118
Phone: 303.831.7364
Fax: 303.832.2628
Email: lmenninger@hmflaw.com

and

PORTER HEDGES LLP

s/ *Joshua W. Wolfshohl*
Joshua W. Wolfshohl (pro hac vice forthcoming)
State Bar No. 24038592
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 228-1331 (fax)
jwolfshohl@porterhedges.com

*Attorneys for the Petitioning Partners*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2025, I emailed the foregoing *Notice of Removal* to the parties listed in the chart on pages 3 and 4 of this Notice.

*s/ Spencer Harrison*
Paralegal